| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | ILA C. DEISS, (NY SBN 3052909)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7124 |
| 6 | FAX: (415) 436-7169 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| XIUYUN GU; WEIXIAO ZHANG;<br>WEINING ZHANG; WEIZHI ZHANG;<br>WEIQI ZHANG, | ) ) ) ) | No. C 09-2179 PVT |
| Plaintiffs, | ) ) | |
| v. | ) ) | **STIPULATION TO DISMISS; AND<br>[PROPOSED] ORDER** |
| JANET NAPOLITANO, Secretary,<br>Department of Homeland Security; JAMES<br>Y. CHIANG, Officer in Charge USCIS<br>Beijing Office, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiffs, by and through their attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services agrees to promptly consider and act on Plaintiffs' responses to the Notice of Intent to Revoke Plaintiff Gu's Form I-730 visa petitions.  If the I-730 petitions are reaffirmed, Defendants agrees to promptly further process the petitions.

The parties also request that the Court vacate the hearing on the parties' cross-motions for summary judgment scheduled for November 24, 2009.

///

Stipulation to Dismiss
No. C 09-2179 PVT                                                1

1  Each of the parties shall bear their own costs and fees.

2  Dated: November 5, 2009                    Respectfully submitted,

3                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney
4
                                              _____/s/_____
5                                             ILA C. DEISS
                                              Assistant United States Attorney
6                                             Attorneys for Defendants

7

8  Date: November 5, 2009                    _____/s/_____
                                              JUSTIN X. WANG
9                                             Attorney for Plaintiff

10

11                          **ORDER**

12  Pursuant to stipulation, IT IS SO ORDERED.

13
    Date:  11/12/09                           _____
14                                            PATRICIA V. TRUMBULL
                                              United States Magistrate Judge
15

Stipulation to Dismiss
No. C 09-2179 PVT                    2